In the Matter of MELANIE MARKENS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and REYMONT PROPERTIES, INC., Intervener, Respondent.

Argued March 2, 1953; decided April 16, 1953.

*Irving J. Roth, Frank Roth, Chester E. Frankel* and *Willard Schwartz* for appellant.

*Robert H. Schaffer* and *Emory Gardiner* for respondent.

*Jerome E. Malino, Joseph Jay* and *Alfred J. Gilbert* for intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.